IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2016 NOV 17 AM 8: 06

| UNITED STATES OF AMERICA, | § |
| --- | --- |
| Plaintiff, | § |
| v. | § No. EP-16-CR- |
| OBADIAH JOHN PRESIDENT, | § |
| Defendant. | § |

**EP16CR2038**

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested for a violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) – *Possession of Material Involving the Sexual Exploitation of Children.*

2. There are no conditions or combination of conditions which will reasonably assure the safety of the community should Defendant be released on bond.

3. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: *(signature)*
IAN HANNA
Assistant U.S. Attorney
Texas Bar #24057885
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884